IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey Louis Wadsworth,          )<br>                                                  )<br>          Petitioner,               )<br>                                                  )<br>vs.                                             )<br>                                                  )<br>Dora Schriro, et al.,                 )<br>                                                  )<br>          Respondents.           )<br>_____) | No. CV 06-1652-PHX-ROS<br><br>**ORDER** |

On June 29, 2006, Plaintiff filed a pro se Petition for Writ of Habeas Corpus (Doc. #1). On December 27, 2006, Magistrate Judge Glenda Edmonds issued a report and Recommendation ("R&R") recommending that the petition be dismissed as time barred. (Doc. #12)  No objections were filed by either party.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District courts are not required to conduct "any review at all . . . of any issue that is not the subject

1 of an objection." Thomas v. Arn, 474 U.S. 140, 149 (1985). No objection having been
2 made, the Court will adopt the R&R in full.
3      Accordingly,
4      **IT IS ORDERED** that the Report and Recommendation (Doc. 12) is **ADOPTED** and
5 this case is **DISMISSED**.

7      DATED this 3rd day of January, 2007.

          _____
          Roslyn O. Silver
          United States District Judge

- 2 -